```
1  DANIEL S. GRUBER
   Gruber & Gruber
2  15165 Ventura Blvd, Ste 400
   Sherman Oaks, CA 91403
3  Telephone: (818) 981-0066
   Facsimile: (818) 981-2122
4  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-3206 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Michael Quinn,<br><br>                        Plaintiff<br>vs.<br><br>Pfizer Inc,<br><br>                        Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Michael Quinn in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42806383.1

only with each side bearing its own attorneys' fees and costs.

DATED: 2/16, 2010    By: _____

GRUBER & GRUBER
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
Telephone: 818-981-0066
Facsimile: 818-981-2122

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42806383.1